IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

WAYNE D. GARRETT, JR., *ET AL.*,
        Plaintiffs,

v.                                                        Civil Action No: 3:11-CV-298-JAG

MARGOLIS, PRITZKER, EPSTEIN & BLATT, *ET AL.*,
        Defendants.

## ORDER

This matter is before the Court on the plaintiffs' motion for class certification (Dkt. No. 29) and the plaintiffs' motion to compel discovery (Dkt. No. 31).

This case is scheduled for a hearing on class certification on January 20, 2012. The Court hereby CONTINUES generally the class certification hearing. The Court directs the plaintiffs to file their rebuttal brief to the motion for class certification no later than February 6, 2012.

The Court directs the defendants to respond to the motion to compel discovery no later than February 6, 2012. The defendants have indicated to the Court that they intend to file a motion to compel arbitration. The Court orders that any motion to compel arbitration must be filed no later than February 6, 2012.

The Court DENIES as moot the defendants' motion to stay the motion for class certification (Dkt. No. 32).

It is so ORDERED.

Date: January 5, 2012
Richmond, VA

/s/ *Joy J.*
John A. Gibney, Jr.
United States District Judge