UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WAYNE D. GARRETT, JR.
and TRACEY C. MARTIN,
on behalf of themselves and
all others similarly situated,**

        **Plaintiffs,**

        v.                            NO. 3:11-cv-00298-JAG-DJN

**MARGOLIS, PRITZKER,
EPSTEIN & BLATT, P.A.,
and STUART R. BLATT,**

        **Defendants.**
_____/

## NOTICE OF APPEAL

Notice is hereby given that, Wayne D. Garrett, Jr., and Tracey C. Martin, plaintiffs in the above named case, appeal to the United States Court of Appeal for the Fourth Circuit from the order dismissing all their claims (Dkt. 56) entered in this action on March 28, 2012.

        Respectfully submitted,

        <u>/s/ Thomas D. Domonoske</u>
        Counsel for
        Wayne D. Garrett, Jr. and
        Tracey C. Martin

        Thomas D. Domonoske, VSB#35434
        461 Lee Avenue
        Harrisonburg, VA 22802
        (540) 442-7706
        tomdomonoske@earthlink.net

        Dale W. Pittman, VSB#15673

THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 20th day of April, 2012, I have electronically filed this Notice of Appeal with the Clerk of Court using CM/ECF system, which will then send a notification of such filing to the following parties:

     David N. Anthony, Esquire
     Stephen C. Piepgrass, Esquire
     TROUTMAN SANDERS LLP
     1001 Haxall Point
     Richmond, VA 23219
     Counsel for Defendants

_____/s/_____
Thomas D. Domonoske VSB #35434
461 Lee Avenue
Harrisonburg, VA 22802
540-442-7706